1528

## MOTION DOCKET

**94-1962.** Creed v. Sauline. *Trumbull County,* No. 93-T-4977. On motion to strike. Motion denied.

Moyer, C.J., Wright and Cook, JJ., dissent.

**94-2593.** State v. Palmer. *Franklin County,* No. 87AP-21. On motion for appointment of counsel. Motion denied.

**94-2622.** State v. Otte. *Cuyahoga County,* No. 64617. On *pro se* motion for appointment of new counsel. Motion denied.